THE PEOPLE OF THE STATE OF NEW YORK v. DAVID BLOCH.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES JONES against HENRY J. NOBLE, as Warden.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

In the Matter of the Estate of HUBERT S. HOWE, Deceased. ERNEST J. HOWE, as Executor, Appellant; ESTELLE C. HOWE, Respondent.— Motion for stay granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE CARROLL.— Motion for leave to reargue motion denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

ABBY VISCO v. ROBERT VISCO.— Motion denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

In the Matter of NICOLA BENEVENTO et al. against JOSEPH SCHECHTER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before April 28, 1959, with notice of argument for the June 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

ROBERT A. WHITTEMORE v. EDWARD DE PASQUALE et al.— Motion for stay granted, upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 28, 1959, with notice of argument for the June 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

FLORENCE B. GOODMAN et al. v. IRVING SHRAGER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.